UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROY PILOT,
               Plaintiff,

v.

CITY OF YONKERS,
               Defendant.
-----------------------------------------------------------x

**ORDER**

19 CV 8169 (VB)

      The Court has been advised that the parties have reached a settlement in principle in this FLSA case.

      By March 17, 2022, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: February 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge